ACCEPTED
03-15-00516-CV
13854731
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 2:37:14 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00516-CV**

_____

In the Court of Appeals
For the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 2:37:14 PM
JEFFREY D. KYLE
Clerk

_____

**CANTU ENTERPRISES, LLC**
*Appellant,*
**v.**
**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE
STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE
STATE OF TEXAS**
*Appellees.*

_____

On Appeal from the 353rd District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-13-004369

_____

# APPELLEES' NOTICE OF CHANGE OF DESIGNATION OF AGENCY COUNSEL

COMES NOW, Appellees' Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General for the State of Texas, and file this Notice of Change of Designation of Agency Counsel.

Tax Division Chief, Jack Hohengarten, whose signature appears below, replaces former Assistant Attorney General Shannon Ryman as counsel for the Appellees in this matter.

Jack Hohengarten is lead counsel and responsible for the suit, now appointed as the attorney to receive all communications for Appellees from the Court and all parties.

03-15-00516-CV; Cantu Enterprises, LLC v Glenn Hegar, et al

A copy of this designation has been provided to all parties of record, as required by the Texas Rules of Appellate Procedure.

Respectfully submitted,

KEN PAXTON
Attorney General

JEFF MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JACK HOHENGARTEN
Division Chief, Tax Division

*/s/ Jack Hohengarten*
JACK HOHENGARTEN
Division Chief, Tax Division
State Bar No. 09812200
Telephone:   (512) 475-3503
Telecopier:   (512) 478-4013
Office of the Attorney General
Tax Division MC 029
P.O. Box 12548
Austin, Texas 78711-2548
jack.hohengarten@oag.texas.gov
*Attorneys for Appellees*

03-15-00516-CV; Cantu Enterprises, LLC v Glenn Hegar, et al

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2016, a true and correct copy of the foregoing *Appellees' Notice of Change of Designation of Agency Counsel,* was e-served on the following attorneys of record, or as shown below:

Doug Sigel                                             *Via Email*:   doug.sigel@ryanlawllp.com
RYAN LAW FIRM LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701

*/s/ Jack Hohengarten*
Jack Hohengarten

03-15-00516-CV; Cantu Enterprises, LLC v Glenn Hegar, et al